# EXHIBIT 1

# EXHIBIT 1

I hereby give my consent to sue for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize my attorneys to represent me before any court or agency on those claims, including filing a case where I am the party Plaintiff in a collective action pursuant to 29 U.S.C. § 216.

Dated: 03/02/15



Signature:

Dominic Oliveira