# EXHIBIT 2

Talk to A Recruiter:
877-491-1112

## Student Truck Driver Program

Prime's Student Driver Program:
Get Paid While Training For A New Career

With our Prime Student Driver (PSD) Program, you'll get everything you need to

launch your new truck driving career. We'll take you every step of the way: from

applying for your CDL-A learner permit, to an apprentice-style training program, to starting your first day as a full-time Prime truck driver.

Plus, after you get your CDL-A, you'll be paid a guaranteed minimum of $700 weekly while training as a truck driver.





 **Already have your CDL?** You'll go straight to Company Driver Orientation and train with a TNT Trainer for a total of 40,000 miles. You'll be paid a minimum of $600 per week for the initial 20,000 training miles and $700 per week for the duration of your training.

## 💵 Tuition Reimbursement

Recent CDL school graduates may qualify for tuition reimbursement up to $1,500. Ask your recruiter to see if you qualify.

**APPLY NOW**

### Orientation

- 4-day orientation at Prime's Springfield, MO Training Facility
- Prime pays for: Bus Ticket, 3 Meals A Day, and Housing at the Campus Inn Hotel
- Obtain the Class A CDL Learner's Permit
  - This part is self-study. **Click Here for Study Guide.**
- Experience hands-on, computer based, & simulator training

### CDL Instruction

- Get on the road: train with CDL Instructor for 3 - 4 weeks
- Get minimum 10,000 miles & 75 hours behind-the-wheel time
- 1-to-1 student/instructor ratio
- Run real loads across the country with your Instructor

### CDL Exam

- Return to Springfield, MO to take the final state CDL Exam

- Exam includes vehicle inspection, backing skills, & road test
- Get a $250 bonus if you pass the road test on your first try!

**Final Training**

- Complete 30,000 additional team miles with a Prime Trainer
- Guaranteed pay of $700 minimum weekly

**Upgrade**

- Become an "A" Lead Seat solo driver
- Just take the ACE Orientation Upgrade Class
- Get the keys to your truck and get on the road!

---

Contact Us

Call Now! 877-491-1112

© **Prime Inc.** All rights Reserved



