# EXHIBIT 3



Search...

# Paid Apprenticeship CDL Training
## Apply Now, Click Here

Attend Prime's "On-the-Job" Truck Driver Training Program. A PRIME Opportunity to Become a Professional Commercial Truck Driver!

Need a permit study guide? **Click Here!**

## PRIME STUDENT DRIVER (PSD) PROGRAM

Prime's PSD program begins with you obtaining your Commercial Driver's License (CDL) permit. Then, you'll go on the road with a certified CDL instructor for no less than 75 hours of one-on-one behind the wheel training. After training, you'll return to Prime's corporate headquarters in Springfield, Missouri, for final CDL state testing and your CDL license. Then, you can enter our program with guaranteed pay!



### Obtain CDL Permit / 4 Days

1. Enter program, study and test for Missouri CDL permit. Click HERE for Permit Study Guides.
2. Start driving/training at Prime Training Center in Springfield, Missouri.
3. Work toward 40,000 training dispatched miles (minimum) with food allowance while without CDL (Food allowance is paid back with future earnings).



### On-the-Road Instruction / 10,000 Miles

1. Train with experienced certified CDL instructor for 3-4 weeks in a real world environment.
2. Get 75 hours of behind-the-wheel time with one-on-one student/instructor ratio.

3. Earn 10,000 miles toward total 40,000 miles needed.

 Pass Final CDL Skills Test / 30,000 miles

1. In Springfield, pass final state Class A CDL exam.
2. Obtain CDL with HazMat endorsement.
3. Receive certification and begin as a "B2" company driver trainee.
4. Earn 14¢ per mile ($700 per week guaranteed).
5. Complete additional 30,000 miles toward total 40,000 mile goal. (10,000 miles + 30,000 miles = 40,000 miles completed)

 ACE Orientation / 40,000 miles

1. Take ACE Orientation at Prime Training Center.
2. Pass upgrade skills test and get into own truck.
3. Earn 38¢ per mile ($850 to $1050 per week) or 43¢ per mile in our ECO49 trucks ($950 to $1200 per week).
4. Eligible for Success Leasing Truck or Company Driver position. Required: No accidents & must complete ACE, Driving Skills Test and Smith System.

## Have you obtained your CDL from an outside school?

If you have obtained a CDL from an outside school, you will go straight to our Company Driver Orientation and then train with a TNT Trainer for a total of 40,000 miles. If the truck is moving, it counts toward your requirement of total miles. You will receive $600 guaranteed minimum per week for the first 20,000 miles of training (typically 4-5 weeks) and $700 guaranteed minimum per week for the remaining 20,000 miles of training.

Recent graduates from other schools may qualify for tuition reimbursement up to $1500! Ask your Recruiter to see if you qualify.

**As long as you drive for Prime for one year, the Prime Student Driver program only cost you a one-time $150 administrative fee!**

*Training program valued at $3500. Entire note is forgiven after one year of association with Prime. (Maximum note - $3500 - No Interest!). Due to the high cost of recruiting and training entry level driver*

associates, you commit to Prime that you will work for them for at least one year from the date which you are first dispatched in order for your full note to be dismissed.

## To enter the program, you must have:

A valid US driver's license for at least the past year. Your driver's license must be from the state that you declare to be your point of permanent domicile. To join the student program, you must have a valid driver's license and meet the Homeland Security / Transportation Administration requirements.



Ability to obtain United States Passport

Be at least 21 years old.

Proof of U.S. residency or Green Card.

A stable work history and good references.

Previous employers and references will be checked and must be verifiable.

No reckless convictions in the last three years.

No failed or refused drug or alcohol test in the last four years (this includes DWI's, DUI's and BAC's).

No license suspension for points in the last three years.

No more than two moving violations during the last year.

No more than four moving violations in the last three years.

## Need a truck driving job? Prime Inc. is one of the fastest growing Refrigerated, Flatbed, and Tanker carriers in the business! Come grow with Prime! CDL Training is available, Prime wants you!

Once your application is approved, a Prime Recruiter will schedule you for an Orientation at Prime as quickly as possible.

During the Prime Student Driver program, you will spend your training time with a quality selected Prime Driver Instructor. During this time, your Instructor will work with you to perfect your driving skills and teach you the skills required to obtain your Commercial Driver's License (CDL). At the same time, you will learn the basics on how to become a successful professional driver.

During the CDL Instruction phase of the Prime Student Driver program, Prime provides the option for students to take an advance of $200 per week for food and incidentals. That will be repaid through deductions from future weekly pay checks at $25 increments once a student obtains their CDL and are hired by Prime Inc. The time prior to obtaining the CDL is **unpaid** instruction time.

During your training period, you can expect to be out four to six weeks at a time. Once you complete training and upgrade to a solo company driver, you can expect to be out 3 to 4 weeks at a time (depending upon where you live), with a day off for every week you are out. Once eligible to become a lease operator, you will then be able to set your own schedule for getting back home.

The average Independent Contractor at Prime will spend four to six weeks on the road at a time. Independent Contractors largely determine their own home time. Generally, the longer they stay out on the road, the more money they are able to make.

### Additional Driver Incentives

Prime also features an attractive fuel bonus program, a safety bonus plan, on-time delivery bonus, a mileage incentive bonus, a driver referral program, and other bonus and award programs.

The Prime terminal is modern and hosts a full basketball court, weight room, movie theatre, and spa.

Prime offers company drivers major medical and life insurance coverage. The eligibility period begins 90 days from date of hire. Individual and family coverage is available with medical claims inside the PPO being paid at 80/20, and outside the PPO at 60/40. Life insurance, valued at $15,000, is also available.

Call Prime now and build a career as a company driver or independent lease operator. We have a truck driving job waiting for you.



