# EXHIBIT 4

```
DATE:  4/17/13                              REEFER DIVISION                         EWINJ         PYRP33
TIME: 20:11:26                           DRIVERS PAYROLL RECAP                                    PAGE  42
                                         PAYROLL ENDING 13/04/19
-------------------------------------------------------------------------------------------------------------

   EMPLOYEE: OLIDR  DOMINIC OLIVEIRA
       UNIT: 610058

       EARNINGS:
 DATE TO          ORDER   DISPATCH DISPATCH   EMPTY                       EMPTY  LOADED  TOTAL              ADD     TRIP
  PAY    UNIT #  NUMBER    NUMBER    DATE     DATE     TYPE OF PAY        MILES  MILES   MILES    RATE      PAY      PAY
 ------------------------------------------------------------------------------------------------------------------------
 4/19/13 610058  8131715     01    4/08/13  4/09/13  MILEAGE PAY                  1263    1263    .082      .00   104.19
   Laredo     TX E Laredo    TM L Plant City FL

 4/19/13 610058  8129424     01    4/10/13  4/12/13  MILEAGE PAY          53      2450    2503    .082      .00   206.49
   Plant City FL E Bradenton  FL L Ontario     CA

 4/19/13 610058  8123996     02    4/12/13  4/12/13  MILEAGE PAY                   36      36     .082      .00     2.97
   Ontario    CA L Commerce   CA

 4/19/13 610058  8125677     01    4/12/13  4/14/13  MILEAGE PAY           8      1788    1796    .082      .00   148.17
   Commerce   CA E LosAngeles CA L Memphis    TN

 4/19/13 610058  8143555     01    4/14/13  4/16/13  MILEAGE PAY         143       415     558    .082      .00    46.03
   Memphis    TN E Tuscumbia  AL L Plainfield IN

                                                                         ----------------------------------------------
                                                                         204      5952    6156              .00   507.85
 (**=Unapproved)  (L=Loaded,E=Empty,U=Unauthorized)   GROSS PAY PER MILE: .082           TOTAL GROSS PAY:        507.85
 ------------------------------------------------------------------------------------------------------------------------

        TAXES:                                        FEDERAL:     61.24
                                                         FICA:     38.86
                                                        STATE:     24.62
                                                        LOCAL:       .00
                                                                 ---------
                                                        TOTAL:    124.72             TOTAL TAXES:           124.72
 ------------------------------------------------------------------------------------------------------------------------

 TRAVEL ALLOWANCE:
 DIEM 37    610058 8131715   4/08/13   TRAVEL ALLOWANC                    47.36
 DIEM 37    610058 8129424   4/10/13   TRAVEL ALLOWANC                    93.86
 DIEM 37    610058 8123996   4/12/13   TRAVEL ALLOWANC                     1.35
 DIEM 37    610058 8125677   4/12/13   TRAVEL ALLOWANC                    67.35
 DIEM 37    610058 8143555   4/14/13   TRAVEL ALLOWANC                    20.93
                                                                       ---------
                                                                         230.85     TRAVEL ALLOWANCE:       230.85
 ------------------------------------------------------------------------------------------------------------------------

                                                                       ---------
                                                                            .00     TOTAL REIMBURSEMENTS:       .00
 ------------------------------------------------------------------------------------------------------------------------

        DEDUCTIONS:                                                                                        CUR BAL:
 MISC 48                   4/19/13   SCHOOL MEAL/LO                       25.00                             750.00
                                                                       ---------
                                                                          25.00     TOTAL CHARGES:           25.00
 ------------------------------------------------------------------------------------------------------------------------


                                                                                    NET EARNED:             588.98
                                                                                    AMOUNT LOADED ON CARD:   588.98



           DOMINIC OLIVEIRA
```

CONFIDENTIAL                                                                             NEWPRIME_OLIVEIRA 000202