# EXHIBIT 5

```
DATE:  5/01/13                          REEFER DIVISION                    EWINJ        PYRP33
TIME: 19:21:25                       DRIVERS PAYROLL RECAP                              PAGE  44
                                     PAYROLL ENDING 13/05/03
--------------------------------------------------------------------------------------------------

  EMPLOYEE: OLIDR  DOMINIC OLIVEIRA
       UNIT: 610058

        EARNINGS:
  DATE TO         ORDER   DISPATCH DISPATCH   EMPTY                    EMPTY  LOADED  TOTAL              ADD       TRIP
    PAY   UNIT #  NUMBER   NUMBER    DATE      DATE   TYPE OF PAY      MILES  MILES   MILES     RATE     PAY        PAY
  ------------------------------------------------------------------------------------------------------------------------
  5/03/13 610058 8165024     01    4/23/13   4/27/13  MILEAGE PAY       124    2610    2734     .082      .00     225.55
    Carson    CA E Lamont   CA L Vernon     CA L Sarasota    FL

  5/03/13 610058 8159032     02    4/27/13   4/29/13  MILEAGE PAY       215    1286    1501     .082      .00     123.83
    Sarasota  FL E Doral    FL L Dallas     TX

  5/03/13 610058 8176176     02    4/29/13   4/30/13  MILEAGE PAY              1418    1418     .082      .00     116.98
    Dallas    TX L New Castle DE

                                                                       ------------------------------             --------
                                                                        339    5314    5653               .00     466.36
                                                                                                                  --------
  (**=Unapproved)   (L=Loaded,E=Empty,U=Unauthorized)   GROSS PAY PER MILE:  .082       TOTAL GROSS PAY:           466.36
  ------------------------------------------------------------------------------------------------------------------------

           TAXES:                                          FEDERAL:     55.02
                                                             FICA:     35.67
                                                            STATE:     22.61
                                                            LOCAL:       .00
                                                                      --------
                                                            TOTAL:    113.30       TOTAL TAXES:           113.30
  ------------------------------------------------------------------------------------------------------------------------

  TRAVEL ALLOWANCE:
  DIEM 37    610058 8165024    4/23/13   TRAVEL ALLOWANC               102.53
  DIEM 37    610058 8159032    4/27/13   TRAVEL ALLOWANC                56.29
  DIEM 37    610058 8176176    4/29/13   TRAVEL ALLOWANC                53.18
                                                                      --------
                                                                       212.00       TRAVEL ALLOWANCE:     212.00


                                                                      --------
                                                                         .00   TOTAL REIMBURSEMENTS:         .00
  ------------------------------------------------------------------------------------------------------------------------

         DEDUCTIONS:                                                                                   CUR BAL:
  MISC 48                  5/03/13   SCHOOL MEAL/LO                     25.00                          700.00
                                                                      --------
                                                                        25.00       TOTAL CHARGES:       25.00
  ------------------------------------------------------------------------------------------------------------------------


                                                                               NET EARNED:              540.06
                                                                         AMOUNT LOADED ON CARD:         540.06




              DOMINIC OLIVEIRA
```