# **EXHIBIT 6**

```
 SETTLEMENTS DATE: 13/06/14                                  OS     CONTINUE                           EWINJ         PAGE  1
 DATE: 6/12/13                               PRIME INC.
 TIME:21:39:36                               REEFER DIVISION  001 FINAL                                              SET15XF
--------------------------------------------------------------------------------------------------------------------------------
 OWNER HALTLL HALLMARK TRUCKING LLC        CITY: LEOMINSTER       STATE: MA  ZIP CODE: 01453                     0
 UNIT  620592
--------------------------------------------------------------------------------------------------------------------------------
                                                              TRIP   TRIP   TRIP
    ORDER  DSP   DATE                          LOAD    LOAD  LOADED EMPTY  TOTAL    TRIP    % OR     OWNER          REC
    NUMBER  #  SQ MMDD DESCRIPTION             MILES  REVENUE MILES MILES  MILES   REVENUE  RATE    REVENUE         RPM
--------------------------------------------------------------------------------------------------------------------------------
 ET            1 0611 EZ PASS TOLL                                                                    6.72

 FN 8258239 01 1 0604 Reefer Fuel Surc                                                               93.81
 FS 8258239 01 1 0604 FUEL SURCG FLAT                                                               345.73
 RV 8258239 01 1 0604 TRIP REVENUE              898   928.67  885     13    898   928.67  .720     668.64 + SOLO
    Harrington DE  E  Bridgevl    DE  L  Bells       TN                                                              .745

 FN 8265247 01 1 0606 Reefer Fuel Surc                                                               14.07
 FS 8265247 01 1 0606 FUEL SURCG FLAT                                                               182.88
 RV 8265247 01 1 0606 TRIP REVENUE              475   948.52  438     37    475   948.52  .720     682.93 + SOLO
    Bells     TN  E  Covington  TN  L  Pendleton  IN                                                                1.438

                                                              -----  -----  -----
 (**=Unapproved)
 (L=Loaded,E=Empty,U=Unauthorized)       TOTAL REC. REVENUE & MILES    1323    50   1373              1,994.78 *
 LTD MILES =   2,717
                                         TOTAL REC. MILES    SOLO:    1323    50   1373             _____
                                                             TEAM:       0     0      0
    ORDER  DSP   DATE                                                          CURRENT   EXPENSE
    NUMBER  #  SQ MMDD DESCRIPTION                                             BALANCE   REIMBURSED
--------------------------------------------------------------------------------------------------------------------------------
  ***** NO ENTRY FOR THIS RUN  **********                           TOTAL REIMBURSED:                 .00 *
    ORDER  DSP   DATE                                                          CURRENT   CHARGES   FUEL
    NUMBER  #  SQ MMDD DESCRIPTION                                             BALANCE   DEDUCTED  DISCNT
--------------------------------------------------------------------------------------------------------------------------------
 AP            1 0610 APU RENTAL PYMT     6/7                                     .00      60.00
 AS            1 0603 ACCOUNTING SERV     A497580                              280.00      35.00
    LLC FILING
 AS            2 0603 ACCOUNTING SERV     A497781                              118.14      19.69
    CHARGE TO BRING CLIENT UP TO DATE FOR 2013 TAX SERVICE
 AS            3 0610 ACCOUNTING SERV                                             .00       6.75
 EZ            1 0611 EZ FAST LN TOLL 002 thru 06/06                              .00      24.25
 FC            1 0605 FUEL CARD CHARGE                                            .00       1.00
 IM            1 0611 IMAGE TRIPS                                                 .00       5.00
 LF            1 0610 FED HWY TAX         6/7                                     .00       9.12
 LP            1 0610 LICENSE/PERMITS     6/7                                     .00      32.10
 NP            1 0610 TRUCK PAYMENT       6/7                                     .00     756.00
 OS            1 0610 OPER STMT COST      6/7                                     .00      12.90
 OW            1 0610 OWNER OCCUP ACC                                             .00      55.73
 PB            1 0611 P/B ADJUSTMENT                                              .00      20.00
 TS            1 0603 BAL TRAINING SCHOOL                                      550.00      25.00
 AT 0000000 00 1 0604 TWIC CARD           A500408                                 .00      64.87
    TWIC CARD FEE FOR DOMINIC OLIVEIRA (OLIDR)
 LL 8247605 02 1 0604 COMNY DRV PARTS     A501995                                 .00      70.00
    CHARGE FOR TWO LOAD LOCKS GAINED IN TRLR 140876
 RF 8258239 01 1 0604 REEFER FUEL 014.1 GALS.      C00423561  TB  VA  7063863     .00      52.73   6.04
```

```
 SETTLEMENTS DATE: 13/06/14                                        OS    CONTINUE                              EWINJ         PAGE   2
 DATE: 6/12/13                                  PRIME INC.
 TIME:21:39:36                                  REEFER DIVISION  001 FINAL                                                   SET15XF
-----------------------------------------------------------------------------------------------------------------------------------
 OWNER HALTLL HALLMARK TRUCKING LLC             CITY: LEOMINSTER      STATE: MA  ZIP CODE: 01453                             0
 UNIT  620592
    ORDER   DSP    DATE                                                           CURRENT     CHARGES     FUEL
    NUMBER   #  SQ MMDD DESCRIPTION                                               BALANCE     DEDUCTED    DISCNT
-----------------------------------------------------------------------------------------------------------------------------------
 SF 8258239 01  1 0604 FUEL TAX CHARGES                                              .00        17.96
 UE 8258239 01  1 0604 TRACTOR DEF                 C00423561  TB  VA  7063863        .00        10.38
 UF 8258239 01  1 0604 TRACTOR FUEL 140.2 GALS.    C00423561  TB  VA  7063863        .00       523.00     60.05
 RF 8265247 01  1 0606 REEFER FUEL  024.6 GALS.    C00626757  EFFIIL  7081170        .00        96.99      7.04
 SF 8265247 01  1 0606 FUEL TAX CHARGES                                              .00         9.50
 UF 8265247 01  1 0606 TRACTOR FUEL 100.5 GALS.    C00626757  EFFIIL  7081170        .00       395.93     28.76
 UD         01  1 0612 TRAC FUEL DSCNT                                               .00        88.81-
 RD         01  1 0612 REEF FUEL DSCNT                                               .00        13.08-
 MG         01  1 0612 MILEAGE CHARGE                                                .00        61.79
                                                                            TOTAL DEDUCTIONS FROM TRUCK      2,263.80  *
    ORDER   DSP    DATE                                                           CURRENT     CHARGES
    NUMBER   #  SQ MMDD DESCRIPTION                                               BALANCE     DEDUCTED
-----------------------------------------------------------------------------------------------------------------------------------
    ***** NO ENTRY FOR THIS RUN    **********                                 TOTAL WAGE EXPENSE:               .00  *
 OWNER BALANCE FORWARD                .00                                     GROSS AMOUNT DUE UNIT:         269.02- **
 PERF BOND/EMER FUND PAID          40.00 /       .00
                                     CURRENT             PRIOR            CARRY-OVER
 MILES    1,373   EXCESS MILE        TIRE              TIRE              WARRANTY
 BALANCE           .00                26.88            3,075.30           2,102.53
 SETTLEMENT        .00                27.46                                EXCESS MILE/TIRE AMOUNT:         27.46- *
 EXCESS MILEAGE COMPUTATION:    (1358 MILES FOR  2 WEEKS) - (1344 MILES FOR   1 WEEKS)
                                    154.20-              -                  .00
 M I L E S    I N C E N T I V E
 MILES QTD       2,717
 D R I V E L I N E     R E P A I R S
 <=500       .00    >500     .00
 R E C O N C I L I A T I O N
                  ACTUAL  |    ACTUAL
                  CUR WEEK |  ACCUMULATED    GUARANTEE       OVER/UNDER    PREV. BAL
-----------------------------------------------------------------------------------------------------------------------------------
 BOTH
 MILES @1.020    1,373   |    2,717         2,717
 REVENUE       1,351.57   |    2,928.25   -  2,771.34   =     156.91 OVER
 REVENUE/MILE     .984   |    1.077         1.020
-----------------------------------------------------------------------------------------------------------------------------------
                 TOTAL ACCU: REV   2,928.25 MILES    2,717      REV/MILE  1.077     NET AMOUNT DUE UNIT:    296.48- **
```

CONFIDENTIAL                                                                                          NEWPRIME_OLIVEIRA 000452

```
 SETTLEMENTS DATE: 13/06/14                                                                      EWINJ      PAGE   3
 DATE: 6/12/13                                   PRIME INC.
 TIME:21:39:36                                   REEFER DIVISION  001 FINAL                                 SET15XF
-----------------------------------------------------------------------------------------------------------------
 OWNER HALTLL HALLMARK TRUCKING LLC           CITY: LEOMINSTER      STATE: MA  ZIP CODE: 01453            0
 PRIOR WEEK BALANCE FORWARD/INTEREST
 -----------------------------------
 BALANCE FORWARD                                          .00
 PERFORMANCE BOND/EMERGENCY FUND PAID       46.88
 TIRE FUND
 LESS PRIOR BALANCE FORWARD                   .00
                                           ----------
 SUBTOTAL                                   46.88
 INTEREST INCOME A.P.R.                  X    .12%
                                           ----------
 INTEREST INCOME                                          .00
 OPERATING DEFFICIENCY                        .00
 INTEREST EXPENSE A.P.R.                 X    .12%
                                           ----------
 OPERATING DEFFICIENCY INTEREST INCOME                    .00
                                           ----------
 NET PRIOR WEEK BALANCE FORWARD/INTEREST                                .00
 FROM SETTLEMENTS THIS WEEK
 --------------------------
 DUE OWNER FROM TRIPS                                1,994.78
 TOTAL CREDITS FROM SETTLEMENTS               .00
 TOTAL CHARGES FROM SETTLEMENTS          2,263.80-
                                           ----------
 NET CREDIT/CHARGES FROM SETTLEMENTS                 2,263.80-
 NET XS MI/TIRE/MI INC/RECON                            27.46-
                                                    ----------
 SETTLEMENT GROSS DUE TO/FROM OWNER                                 296.48-
```

CONFIDENTIAL                                                                                NEWPRIME_OLIVEIRA 000453