# EXHIBIT 7

SETTLEMENTS DATE: 13/07/19 — OS — CONTINUE — EWINJ — PAGE 1
DATE: 7/17/13 — PRIME INC.
TIME:21:55:24 — REEFER DIVISION 001 FINAL — SET15XF

OWNER HALTLL HALLMARK TRUCKING LLC — CITY: LEOMINSTER — STATE: MA — ZIP CODE: 01453 — 0
UNIT 620592

| ORDER NUMBER | DSP # | SQ | DATE MMDD | DESCRIPTION | LOAD MILES | LOAD REVENUE | TRIP LOADED MILES | TRIP EMPTY MILES | TRIP TOTAL MILES | TRIP REVENUE | % OR RATE | OWNER REVENUE | REC RPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ET | | 1 | 0711 | EZ PASS TOLL | | | | | | | | 2.55 | |
| FN 8335679 | 01 | 1 | 0710 | Reefer Fuel Surc | | | | | | | | 20.92 | |
| FS 8335679 | 01 | 1 | 0710 | FUEL SURCG FLAT | | | | | | | | 211.13 | |
| LM 8335679 | 01 | 1 | 0710 | OUTSIDE LUMPER | | | | | | | | 70.00 | |
| RV 8335679 | 01 | 1 | 0710 | TRIP REVENUE | 563 | 1,629.83 | 539 | 24 | 563 | 1,629.83 | .720 | 1,173.48 + SOLO | |
| RV 8335679 | 01 | 2 | 0710 | STOP/PICKUP | | | | | | | | 180.00 + SOLO | |
| RV 8335679 | 01 | 3 | 0710 | STOPOFF PAY | | | | | | | | 20.00 + SOLO | |
| Bethlehem PA E Souderton PA L Providence RI L Pembroke NH L Hinesburg VT | | | | | | | | | | | | | 2.440 |
| FN 8348800 | 01 | 1 | 0712 | Reefer Fuel Surc | | | | | | | | 30.42 | |
| FS 8348800 | 01 | 1 | 0712 | FUEL SURCG FLAT | | | | | | | | 357.75 | |
| RV 8348800 | 01 | 1 | 0712 | TRIP REVENUE | 954 | 925.14 | 917 | 37 | 954 | 925.14 | .720 | 666.10 + SOLO | |
| Hinesburg VT E St Albans VT L Chicago IL | | | | | | | | | | | | | .698 |

(**=Unapproved)
(L=Loaded,E=Empty,U=Unauthorized)

| | | LOADED | EMPTY | TOTAL | OWNER REVENUE |
|---|---|---|---|---|---|
| TOTAL REC. REVENUE & MILES | | 1456 | 61 | 1517 | 2,732.35 * |
| TOTAL REC. MILES | SOLO: | 1456 | 61 | 1517 | |
| | TEAM: | 0 | 0 | 0 | |

LTD MILES = 11,771

| ORDER NUMBER | DSP # | SQ | DATE MMDD | DESCRIPTION | | CURRENT BALANCE | EXPENSE REIMBURSED |
|---|---|---|---|---|---|---|---|
| RF 8333006 | 01 | 1 | 0710 | REEFER FUEL | A559015 | .00 | 85.36 |
| Reefer fuel trlr 29924 picked up from BERINY, fueled on PO 7299947. | | | | | | | |
| RF 8335679 | 01 | 1 | 0716 | REEFER FUEL | A568816 | .00 | 16.24 |
| Reefer fuel trlr 130580 picked up from BUTZPA, fueled on PO 7303247. | | | | | | | |
| WI 8348800 | 01 | 1 | 0713 | WASH INTERIOR | SWANVT 7324167 | .00 | 75.00 |

TOTAL REIMBURSED: 176.60 *

| ORDER NUMBER | DSP # | SQ | DATE MMDD | DESCRIPTION | | CURRENT BALANCE | CHARGES DEDUCTED | FUEL DISCNT |
|---|---|---|---|---|---|---|---|---|
| AP | | 1 | 0617 | APU RENTAL PYMT | 3000136121 | .00 | 70.00 | |
| AS | | 1 | 0603 | ACCOUNTING SERV | A497580 | 105.00 | 35.00 | |
| LLC FILING | | | | | | | | |
| AS | | 2 | 0603 | ACCOUNTING SERV | A497781 | 19.69 | 19.69 | |
| CHARGE TO BRING CLIENT UP TO DATE FOR 2013 TAX SERVICE | | | | | | | | |
| AS | | 3 | 0616 | ACCOUNTING SERV | | .00 | 21.75 | |
| EZ | | 1 | 0711 | EZ FAST LN TOLL 003 thru 07/10 | | .00 | 9.37 | |
| FC | | 1 | 0710 | FUEL CARD CHARGE | | .00 | 1.00 | |
| IM | | 1 | 0716 | IMAGE TRIPS | | .00 | 5.00 | |
| LF | | 1 | 0617 | FED HWY TAX | | .00 | 10.58 | |
| LP | | 1 | 0617 | LICENSE/PERMITS | | .00 | 37.50 | |
| ME | | 1 | 0705 | MISC EXPENSES | A549915 | .00 | 10.00 | |
| NY-3A14015GSP SPEED 89/65 210.00 + 10.00=220.00 | | | | | | | | |

```
 SETTLEMENTS DATE: 13/07/19                                          OS     CONTINUE                          EWINJ       PAGE  2
DATE: 7/17/13                                          PRIME INC.
TIME:21:55:24                                          REEFER DIVISION  001 FINAL                                         SET15XF
------------------------------------------------------------------------------------------------------------------------------------
OWNER HALTLL HALLMARK TRUCKING LLC            CITY: LEOMINSTER      STATE: MA  ZIP CODE: 01453                                  0
UNIT  620592
   ORDER  DSP    DATE                                                                   CURRENT    CHARGES    FUEL
   NUMBER  #  SQ MMDD DESCRIPTION                                                       BALANCE    DEDUCTED  DISCNT
------------------------------------------------------------------------------------------------------------------------------------
ME             2 0705 MISC EXPENSES         A549916                                         .00      10.00
   NY-3A14015GSP  NY DMV ASSESSMENT FEE  300.00 + 10.00=310.00
NP             1 0617 TRUCK PAYMENT                                                         .00     882.00
OW             1 0610 OWNER OCCUP ACC                                                       .00      52.15
PB             1 0716 P/B ADJUSTMENT                                                        .00      20.00
TS             1 0603 BAL TRAINING SCHOOL                                                425.00      25.00
FI 8306196 01  1 0705 FINES                 A549915                                         .00     210.00
   NY-3A14015GSP  SPEED 89/65   210.00 + 10.00=220.00
FI 8306196 01  2 0705 FINES                 A549916                                         .00     300.00
   NY-3A14015GSP  NY DMV ASSESSMENT FEE  300.00 + 10.00=310.00
WA 8306196 01  1 0702 ADV FOR UF- 411.80            C00285594  HOGANY  7252223  OLIDR      .00     412.80
RF 8335679 01  2 0710 REEFER FUEL 004.6 GALS.       C00501807  COLUNJ  7303247             .00      18.32    2.08
RF 8335679 01  3 0712 REEFER FUEL 020.4 GALS.       C00021107  BOW NH  7316232             .00      79.66    6.68
SF 8335679 01  1 0710 FUEL TAX CHARGES                                                      .00      11.26
UE 8335679 01  1 0712 TRACTOR DEF                   C00021107  BOW NH  7316232             .00      39.96
UF 8335679 01  1 0710 TRACTOR FUEL 075.7 GALS.      C00501807  COLUNJ  7303247             .00     297.47   34.18
UF 8335679 01  2 0712 TRACTOR FUEL 072.8 GALS.      C00021107  BOW NH  7316232             .00     284.21   23.84
WA 8335679 01  1 0712 ADVANCE                       C00127190          7316559             .00      71.00
RF 8348800 01  1 0714 REEFER FUEL 010.7 GALS.       C00117760  LS  IN  7332106             .00      38.11     .87
SF 8348800 01  1 0712 FUEL TAX CHARGES                                                      .00      19.08
UE 8348800 01  1 0714 TRACTOR DEF                   C00117760  LS  IN  7332106             .00      20.75
UF 8348800 01  1 0714 TRACTOR FUEL 051.7 GALS.      C00117760  LS  IN  7332106             .00     183.13    4.21
WI 8348800 01  2 0713 WASH INTERIOR                            SWANVT  7324167             .00      75.00
UD         01  1 0717 TRAC FUEL DSCNT                                                       .00      62.23-
RD         01  1 0717 REEF FUEL DSCNT                                                       .00       9.63-
MG         01  1 0717 MILEAGE CHARGE                                                        .00      68.27
                                                                              TOTAL DEDUCTIONS FROM TRUCK        3,266.20  *
   ORDER  DSP    DATE                                                                   CURRENT    CHARGES
   NUMBER  #  SQ MMDD DESCRIPTION                                                       BALANCE    DEDUCTED
------------------------------------------------------------------------------------------------------------------------------------
 ***** NO ENTRY FOR THIS RUN   **********                                          TOTAL WAGE EXPENSE:                .00  *
OWNER BALANCE FORWARD               696.46                                       GROSS AMOUNT DUE UNIT:             357.25- **
PERF BOND/EMER FUND PAID            140.00 /       .00
                                          CURRENT              PRIOR              CARRY-OVER
MILES    1,517    EXCESS MILE              TIRE                 TIRE               WARRANTY
BALANCE             .00                  360.87             3,075.30             2,102.53
SETTLEMENT          .00                   30.34                                EXCESS MILE/TIRE AMOUNT:             30.34- *
EXCESS MILEAGE COMPUTATION:   (1681 MILES FOR   7 WEEKS) - (1709 MILES FOR   6 WEEKS)
                                        426.65-          -             .00
M I L E S   I N C E N T I V E
MILES QTD         4,476
```

```
 SETTLEMENTS DATE: 13/07/19                                     OS     CONTINUE                          EWINJ        PAGE  3
DATE: 7/17/13                                   PRIME INC.
TIME:21:55:24                                   REEFER DIVISION  001 FINAL                                            SET15XF
-----------------------------------------------------------------------------------------------------------------------------
OWNER HALTLL HALLMARK TRUCKING LLC           CITY: LEOMINSTER      STATE: MA  ZIP CODE: 01453                         0
UNIT  620592
D R I V E L I N E     R E P A I R S
<=500       .00    >500       .00
R E C O N C I L I A T I O N
                  ACTUAL  |       ACTUAL
                CUR WEEK  |  ACCUMULATED      GUARANTEE         OVER/UNDER    PREV. BAL
--------------------------------------------------------------------------------------------------------------
BOTH
MILES @1.020       1,517  |       11,771         11,771
REVENUE         2,039.58  |    15,618.80  -  12,006.42   =    3,612.38 OVER
REVENUE/MILE       1.344  |        1.326          1.020
--------------------------------------------------------------------------------------------------------------
             TOTAL ACCU: REV   15,618.80 MILES   11,771       REV/MILE  1.326      NET AMOUNT DUE UNIT:          387.59- **
```

```
 SETTLEMENTS DATE: 13/07/19                                                                                 EWINJ        PAGE  4
DATE: 7/17/13                                              PRIME INC.
TIME:21:55:24                                              REEFER DIVISION  001 FINAL                                    SET15XF
----------------------------------------------------------------------------------------------------------------------------------
OWNER HALTLL HALLMARK TRUCKING LLC             CITY: LEOMINSTER      STATE: MA  ZIP CODE: 01453                          0
PRIOR WEEK BALANCE FORWARD/INTEREST
-----------------------------------
BALANCE FORWARD                                               696.46-
PERFORMANCE BOND/EMERGENCY FUND PAID        480.87
TIRE FUND
LESS PRIOR BALANCE FORWARD                  696.46-
                                          ----------
SUBTOTAL                                       .00
INTEREST INCOME A.P.R.                    X     .13%
                                          ----------
INTEREST INCOME                                                  .00
OPERATING DEFFICIENCY                       215.59-
INTEREST EXPENSE A.P.R.                   X     .13%
                                          ----------
OPERATING DEFFICIENCY INTEREST INCOME                            .01-
                                          ----------
NET PRIOR WEEK BALANCE FORWARD/INTEREST                                        696.47-
FROM SETTLEMENTS THIS WEEK
--------------------------
DUE OWNER FROM TRIPS                                        2,732.35
TOTAL CREDITS FROM SETTLEMENTS              176.60
TOTAL CHARGES FROM SETTLEMENTS            3,266.20-
                                          ----------
NET CREDIT/CHARGES FROM SETTLEMENTS                         3,089.60-
NET XS MI/TIRE/MI INC/RECON                                    30.34-
                                                          ----------
SETTLEMENT GROSS DUE TO/FROM OWNER                                           1,084.06-
```