# EXHIBIT 8

```
  SETTLEMENTS DATE: 14/06/06                             OS    CONTINUE              STOWB        PAGE   1
  DATE: 6/04/14                              PRIME INC.
  TIME:20:58:46                              FLATBED DIV    002 FINAL                              SET15XF
  ------------------------------------------------------------------------------------------------------
  OWNER HALTLL HALLMARK TRUCKING LLC         CITY: PORT CHARLOTTE   STATE: FL  ZIP CODE: 33948         0
  UNIT   650168                                                                        #
  ------------------------------------------------------------------------------------------------------
                                                       TRIP    TRIP   TRIP
     ORDER  DSP   DATE                         LOAD    LOAD   LOADED EMPTY  TOTAL    TRIP   % OR   OWNER     REC
     NUMBER  #  SQ MMDD DESCRIPTION            MILES  REVENUE MILES  MILES  MILES   REVENUE RATE  REVENUE    RPM
  ------------------------------------------------------------------------------------------------------
  ET             1 0530 EZ PASS TOLL                                                               146.75

  DT 9031938 01  1 0603 Deten Inv9626714                                                            139.32 +

  MF 9065767 01  1 0603 Market Fee                                                                   15.00

  FS 9081011 01  1 0527 FUEL SURCG FLAT                                                             323.11
  RV 9081011 01  1 0527 TRIP REVENUE           2676  2,584.01  603    215    818    789.88  .720   568.71 + TEAM
  ** Savannah   GA  E  Rome       GA  L  Springfld  MO                                                       .695

  FS 9096277 02  1 0531 FUEL SURCG FLAT                                                              87.69
  RV 9096277 02  1 0531 TRIP REVENUE            641  1,036.93  222            222   359.12  .720   258.57 + SOLO
     Springfld  MO  L  Pevely     MO                                                                        1.165

                                                                       -----  -----  -----
  (**=Unapproved)
  (L=Loaded,E=Empty,U=Unauthorized)      TOTAL REC. REVENUE & MILES      825    215   1040          1,539.15 *
  LTD MILES =   36,049
                                         TOTAL REC. MILES    SOLO:       222      0    222         _____
                                                             TEAM:       603    215    818
     ORDER  DSP   DATE                                                         CURRENT    EXPENSE
     NUMBER  #  SQ MMDD DESCRIPTION                                            BALANCE    REIMBURSED
  ------------------------------------------------------------------------------------------------------
  BS             1 0604 BONUS TX REIMB.    RAPPKR                                  .00        5.09
  EF             1 0604 EMERGENCY FUND                                             .00      800.00
  FA             1 0531 FB/TNK EQ REIMB          001050  0680325                   .00    3,530.59
  SH            00 2 0531 Inv# 001050-0680326                                      .00       85.00
  RF 9081011 01  2 0603 REEFER FUEL        A062124                                 .00       26.14
      Reefer fuel trlr 29518 picked up from LINDGA, fueled on PO 9444024.
                                                                          TOTAL REIMBURSED:    4,446.82 *
     ORDER  DSP   DATE                                                         CURRENT   CHARGES   FUEL
     NUMBER  #  SQ MMDD DESCRIPTION                                            BALANCE   DEDUCTED  DISCNT
  ------------------------------------------------------------------------------------------------------
  AP             1 0407 APU RENTAL PYMT   3000128401                               .00       70.00
  AS             1 0616 ACCOUNTING SERV                                            .00       21.75
  EZ             1 0530 EZ FAST LN TOLL 033 thru 05/29                             .00      524.38
  FC             1 0529 FUEL CARD CHARGE                                           .00        1.00
  FE             1 0531 FB/TANK EQ PYMT      001050  0680325               3,442.32         88.27
  IE             1 0531 INTEREST EXPENS      001050  0680325                 162.40          4.16
  IM             1 0603 IMAGE TRIPS                                                .00        5.00
  LF             1 0407 FED HWY TAX                                                .00       10.58
  LP             1 0407 LICENSE/PERMITS                                            .00       37.50
  NP             2 0602 TRUCK PAYMENT                                              .00      869.00
  OW             1 0331 OWNER OCCUP ACC                                            .00       52.15
  PB             1 0603 P/B ADJUSTMENT                                             .00       30.00
```

```
 SETTLEMENTS DATE: 14/06/06                                    OS   CONTINUE                      STOWE         PAGE   2
 DATE: 6/04/14                                    PRIME INC.
 TIME:20:58:46                                    FLATBED DIV   002 FINAL                                       SET15XF
----------------------------------------------------------------------------------------------------------------------
 OWNER HALTLL HALLMARK TRUCKING LLC              CITY: PORT CHARLOTTE   STATE: FL  ZIP CODE: 33948               0
 UNIT  650168                                                                             #
     ORDER  DSP    DATE                                                       CURRENT    CHARGES    FUEL
     NUMBER  #  SQ MMDD DESCRIPTION                                           BALANCE    DEDUCTED   DISCNT
----------------------------------------------------------------------------------------------------------------------
 PF              1 0604 PAYROLL FEE                                              .00        10.00
 PO              1 0603 ** NORTH STAR GRILL, MO **                               .00         5.65
 SH           00 1 0531 Inv# 001050-0680325                                      .00     3,530.59
 RF 9081011 01 1 0603 REEFER FUEL            A061754                             .00         7.97
     Reefer fuel trlr 29518 picked up from SPRIMO, fueled on PO 9450116.
 RF 9081011 01 3 0528 REEFER FUEL 007.3 GALS.   C00426000  CARTGA  9444024       .00        27.69   1.55
 SF 9081011 01 1 0527 FUEL TAX CHARGES                                           .00        18.46
 UF 9081011 01 1 0527 TRACTOR FUEL 048.8 GALS.  C00282035  RH  GA  9438933       .00       188.68   7.19
 UF 9081011 01 2 0528 TRACTOR FUEL 071.6 GALS.  C00426000  CARTGA  9444024       .00       270.84  15.18
 UF 9081011 01 3 0528 TRACTOR FUEL 040.2 GALS.  C00562438  WM  AR  9447125       .00       155.12  13.19
 SF 9096277 02 1 0531 FUEL TAX CHARGES                                           .00         4.44
 UF 9096277 02 1 0601 TRACTOR FUEL 019.1 GALS.  C00124660  SULLMO  9474283       .00        70.83   6.28
 UD           02 1 0604 TRAC FUEL DSCNT                                          .00        41.84-
 RD           02 1 0604 REEF FUEL DSCNT                                          .00         1.55-
 MG           02 1 0604 MILEAGE CHARGE                                           .00        46.80
                                                                  TOTAL DEDUCTIONS FROM TRUCK        6,007.47 *
     ORDER  DSP    DATE                                                       CURRENT    CHARGES
     NUMBER  #  SQ MMDD DESCRIPTION                                           BALANCE    DEDUCTED
----------------------------------------------------------------------------------------------------------------------
 DF              1 0604 F.I.C.A. FOR           RAPPKR                            .00         9.29
 DU              1 0604 F.U.T.A. FOR           RAPPKR                            .00          .72
 DU              2 0604 S.U.T.A. FOR           RAPPKR                            .00         1.89
 WC              1 0604 WORK COMP COST         RAPPKR                            .00        11.40
 WD              1 0604 WAGES PAID FOR         RAPPKR                            .00        69.53
 WD              2 0604 TRAVEL ALLOWANCE       RAPPKR                            .00        28.63
                                                              SUBTOTAL PRIOR WAGE D:                  21.50- **
                                                              TOTAL WAGE EXPENSE:                    121.46  *
 OWNER BALANCE FORWARD                 .00                    GROSS AMOUNT DUE UNIT:                 142.96- **
 PERF BOND/EMER FUND PAID        1,170.00 /   600.00
                                        CURRENT          PRIOR            CARRY-OVER
 MILES    1,040  EXCESS MILE              TIRE           TIRE             WARRANTY
 BALANCE          280.00                 700.18           .00               .00
 SETTLEMENT        42.07-                 20.80                   EXCESS MILE/TIRE AMOUNT:            21.27 *
 EXCESS MILEAGE COMPUTATION:   (3277 MILES FOR  11 WEEKS) - (3500 MILES FOR  10 WEEKS)
                                         273.13         -         315.20
 M I L E S   I N C E N T I V E
 MILES QTD        34,240
 D R I V E L I N E    R E P A I R S
 <=500       .00    >500       .00
```

CONFIDENTIAL                                                                   NEWPRIME_OLIVEIRA 000673

```
 SETTLEMENTS DATE: 14/06/06                                   OS     CONTINUE                STOWB        PAGE   3
 DATE: 6/04/14                              PRIME INC.
 TIME:20:58:46                              FLATBED DIV    002 FINAL                                      SET15XF
-----------------------------------------------------------------------------------------------------------------
 OWNER HALTLL HALLMARK TRUCKING LLC         CITY: PORT CHARLOTTE   STATE: FL  ZIP CODE: 33948              0
 UNIT  650168                                                                                #
 R E C O N C I L I A T I O N
                   ACTUAL   |      ACTUAL
                   CUR WEEK |   ACCUMULATED       GUARANTEE          OVER/UNDER    PREV. BAL
-----------------------------------------------------------------------------------------------------------------
 BOTH
 MILES @1.020      1,040    |      36,049          36,049
 REVENUE             966.60 |      46,926.40  -    36,769.98   =   10,156.42 OVER
 REVENUE/MILE         .929  |       1.301           1.020
-----------------------------------------------------------------------------------------------------------------
              TOTAL ACCU: REV    46,926.40 MILES    36,049      REV/MILE  1.301    NET AMOUNT DUE UNIT:      121.69- **
```

CONFIDENTIAL                                                             NEWPRIME_OLIVEIRA 000674

```
 SETTLEMENTS DATE: 14/06/06                                     OS                              STOWB      PAGE   4
 DATE: 6/04/14                                    PRIME INC.
 TIME:20:58:46                                    FLATBED DIV    002 FINAL                                 SET15XF
-----------------------------------------------------------------------------------------------------------------
OWNER HALTLL HALLMARK TRUCKING LLC            CITY: PORT CHARLOTTE    STATE: FL  ZIP CODE: 33948           0
PRIOR WEEK BALANCE FORWARD/INTEREST
-----------------------------------
BALANCE FORWARD                                        .00
PERFORMANCE BOND/EMERGENCY FUND PAID     3,240.18
TIRE FUND
LESS PRIOR BALANCE FORWARD                  .00
                                        ----------
SUBTOTAL                                 3,240.18
INTEREST INCOME A.P.R.                  X    .10%
                                        ----------
INTEREST INCOME                                        .06
OPERATING DEFFICIENCY                       .00
INTEREST EXPENSE A.P.R.                 X    .10%
                                        ----------
OPERATING DEFFICIENCY INTEREST INCOME                  .00
                                        ----------
NET PRIOR WEEK BALANCE FORWARD/INTEREST                              .06
FROM SETTLEMENTS THIS WEEK
--------------------------
DUE OWNER FROM TRIPS                                1,539.15
TOTAL CREDITS FROM SETTLEMENTS           4,446.82
TOTAL CHARGES FROM SETTLEMENTS           6,128.93-
                                        ----------
NET CREDIT/CHARGES FROM SETTLEMENTS                 1,682.11-
NET XS MI/TIRE/MI INC/RECON                            21.27
                                                   ----------
SETTLEMENT GROSS DUE TO/FROM OWNER                                121.63-
```

CONFIDENTIAL                                                                         NEWPRIME_OLIVEIRA 000675