# EXHIBIT 9

```
SETTLEMENTS DATE: 14/07/18                          OS    CONTINUE              STOWB       PAGE   1
DATE: 7/16/14                      PRIME INC.
TIME:20:23:31                      FLATBED DIV   002 FINAL                                  SET15XF
-------------------------------------------------------------------------------------------------
OWNER HALTLL HALLMARK TRUCKING LLC        CITY: PORT CHARLOTTE  STATE: FL  ZIP CODE: 33948          0
UNIT  650168
-------------------------------------------------------------------------------------------------
                                                    TRIP  TRIP  TRIP
 ORDER  DSP  DATE                   LOAD    LOAD  LOADED EMPTY TOTAL      TRIP  % OR   OWNER      REC
 NUMBER  #  SQ MMDD DESCRIPTION     MILES  REVENUE MILES MILES MILES   REVENUE RATE  REVENUE     RPM
-------------------------------------------------------------------------------------------------
ET         1 0715 EZ PASS TOLL                                                        15.33
FS 9188335 01  1 0708 FUEL SURCG FLAT                                                340.86
RV 9188335 01  1 0708 TRIP REVENUE         874 1,689.87  703   171   874  1,689.87 .720 1,216.71 + SOLO
RV 9188335 01  2 0708 STOP/PICKUP                                                     39.60 + SOLO
RV 9188335 01  3 0708 STOPOFF PAY                                                     10.00 + SOLO
TP 9188335 01  1 0708 TARP PAY                                                        50.00
   Prince Geo VA E  Winchester VA L  Portland  ME L  Monroe    ME                              1.449

                                                      -----  -----  -----
(**=Unapproved)
(L=Loaded,E=Empty,U=Unauthorized)   TOTAL REC. REVENUE & MILES  703  171   874           1,672.50 *
LTD MILES =  49,700                                                                  _____
                                    TOTAL REC. MILES   SOLO:   703  171   874
                                                       TEAM:     0    0     0
 ORDER  DSP  DATE                                            CURRENT  EXPENSE
 NUMBER  #  SQ MMDD DESCRIPTION                             BALANCE  REIMBURSED
-------------------------------------------------------------------------------------------------
EF         1 0714 EFUND ONCARD D                              .00      300.00
RF         1 0714 REEFER FUEL TAX REFUND                      .00       74.66
SF         1 0713 FUEL TAX ADJUSTMENT                         .00      121.21
SR         1 0711 REEFER STATE TAX REFUND                     .00       10.52
                                             TOTAL REIMBURSED:          506.39 *
 ORDER  DSP  DATE                                            CURRENT  CHARGES   FUEL
 NUMBER  #  SQ MMDD DESCRIPTION                             BALANCE  DEDUCTED  DISCNT
-------------------------------------------------------------------------------------------------
AP         1 0407 APU RENTAL PYMT   3000128401               .00       70.00
AS         1 0616 ACCOUNTING SERV                            .00       21.75
EZ         1 0715 EZ FAST LN TOLL 007 thru 07/10             .00       55.00
FC         1 0709 FUEL CARD CHARGE                           .00        1.00
FE         1 0531 FB/TANK EQ PYMT          001050 0680325 2,912.70     88.27
IE         1 0531 INTEREST EXPENS          001050 0680325   137.44      4.16
IM         1 0715 IMAGE TRIPS                                .00        5.00
LF         1 0407 FED HWY TAX                                .00       10.58
LP         1 0407 LICENSE/PERMITS                            .00       37.50
NP         2 0602 TRUCK PAYMENT                              .00      869.00
OW         1 0331 OWNER OCCUP ACC                            .00       52.15
PB         1 0715 P/B ADJUSTMENT                             .00       30.00
RP         3 0612 REPAIR PAYMENTS          009000 0685431   522.42     75.00
WA         1 0714 ADV FROM EFUND     9765694                 .00      300.00
SF 9188335 01  1 0708 FUEL TAX CHARGES                       .00       17.48
UE 9188335 01  1 0709 TRACTOR DEF            C00458527 FAIRME 9730174 .00 15.00
UF 9188335 01  1 0707 TRACTOR FUEL 107.0 GALS. C00313723 ASHLVA 9717202 .00 397.94 33.92
UF 9188335 01  2 0708 TRACTOR FUEL 030.1 GALS. C00351566 WILNCT 9723444 .00 133.13 17.63
UF 9188335 01  3 0709 TRACTOR FUEL 020.2 GALS. C00458527 FAIRME 9730174 .00 80.09 5.50
```

```
SETTLEMENTS DATE: 14/07/18                              OS    CONTINUE                    STOWB      PAGE   2
DATE: 7/16/14                              PRIME INC.
TIME:20:23:31                              FLATBED DIV   002 FINAL                                    SET15XF
-------------------------------------------------------------------------------------------------------------
OWNER HALTLL HALLMARK TRUCKING LLC              CITY: PORT CHARLOTTE   STATE: FL  ZIP CODE: 33948           O
UNIT  650168
    ORDER DSP   DATE                                          CURRENT    CHARGES    FUEL
    NUMBER #  SQ MMDD DESCRIPTION                              BALANCE    DEDUCTED   DISCNT
-------------------------------------------------------------------------------------------------------------
UD         O1  1 0716 TRAC FUEL DSCNT                            .00      57.05-
MG         O1  1 0716 MILEAGE CHARGE                             .00      39.33
                                                      TOTAL DEDUCTIONS FROM TRUCK    2,245.33 *
    ORDER DSP   DATE                                          CURRENT    CHARGES
    NUMBER #  SQ MMDD DESCRIPTION                              BALANCE    DEDUCTED
-------------------------------------------------------------------------------------------------------------
    ***** NO ENTRY FOR THIS RUN  **********                       TOTAL WAGE EXPENSE:            .00 *
OWNER BALANCE FORWARD              .00                             GROSS AMOUNT DUE UNIT:      66.44- **
PERF BOND/EMER FUND PAID     1,350.00 /   700.00
                                  CURRENT          PRIOR         CARRY-OVER
MILES      874   EXCESS MILE       TIRE            TIRE          WARRANTY
BALANCE          205.60           976.52            .00               .00
SETTLEMENT        93.75-           17.48                        EXCESS MILE/TIRE AMOUNT:       76.27 *
EXCESS MILEAGE COMPUTATION:  (2923 MILES FOR  17 WEEKS) - (3051 MILES FOR  16 WEEKS)
                                  147.05       -        240.80
M I L E S   I N C E N T I V E
MILES QTD       6,933
D R I V E L I N E      R E P A I R S
<=500     .00   >500     .00
R E C O N C I L I A T I O N
                  ACTUAL  |    ACTUAL
                  CUR WEEK |  ACCUMULATED     GUARANTEE      OVER/UNDER   PREV. BAL
-------------------------------------------------------------------------------------------------------------
BOTH
MILES @1.020        874  |    49,700         49,700
REVENUE        1,266.31  |    63,653.14   -  50,694.00  =  12,959.14 OVER
REVENUE/MILE       1.448 |     1.280          1.020
-------------------------------------------------------------------------------------------------------------
        TOTAL ACCU: REV  63,653.14 MILES  49,700     REV/MILE  1.280     NET AMOUNT DUE UNIT:        9.83 **
```

```
SETTLEMENTS DATE: 14/07/18                        OS                      STOWB      PAGE   3
DATE: 7/16/14                        PRIME INC.
TIME:20:23:31                        FLATBED DIV    002 FINAL                         SET15XF
-------------------------------------------------------------------------------------------
OWNER HALTLL HALLMARK TRUCKING LLC        CITY: PORT CHARLOTTE   STATE: FL  ZIP CODE: 33948    0
PRIOR WEEK BALANCE FORWARD/INTEREST
-----------------------------------
BALANCE FORWARD                                     .00
PERFORMANCE BOND/EMERGENCY FUND PAID    3,296.52
TIRE FUND
LESS PRIOR BALANCE FORWARD                 .00
                                       ----------
SUBTOTAL                                3,296.52
INTEREST INCOME A.P.R.                  X    .10%
                                       ----------
INTEREST INCOME                                     .06
OPERATING DEFFICIENCY                      .00
INTEREST EXPENSE A.P.R.                 X    .10%
                                       ----------
OPERATING DEFFICIENCY INTEREST INCOME               .00
                                                ----------
NET PRIOR WEEK BALANCE FORWARD/INTEREST                       .06
FROM SETTLEMENTS THIS WEEK
--------------------------
DUE OWNER FROM TRIPS                            1,672.50
TOTAL CREDITS FROM SETTLEMENTS           506.39
TOTAL CHARGES FROM SETTLEMENTS         2,245.33-
                                       ----------
NET CREDIT/CHARGES FROM SETTLEMENTS             1,738.94-
NET XS MI/TIRE/MI INC/RECON                       76.27
                                                ----------
SETTLEMENT GROSS DUE TO/FROM OWNER                           9.89
AMOUNT LOADED ON CARD                                        9.89
```