# EXHIBIT 10

```
 SETTLEMENTS DATE: 14/08/01                                    OS   CONTINUE                        STOWB        PAGE   1
 DATE: 7/30/14                                PRIME INC.
 TIME:21:08:55                                FLATBED DIV    002 FINAL                                            SET15XF
 ---------------------------------------------------------------------------------------------------------------------------
 OWNER HALTLL HALLMARK TRUCKING LLC           CITY: PORT CHARLOTTE    STATE: FL  ZIP CODE: 33948                   O
 UNIT   650168                                                                                 #
 ---------------------------------------------------------------------------------------------------------------------------
                                                                        TRIP   TRIP   TRIP
    ORDER  DSP   DATE                                    LOAD    LOAD  LOADED EMPTY  TOTAL     TRIP    % OR    OWNER     REC
    NUMBER  #  SQ MMDD DESCRIPTION                       MILES  REVENUE MILES MILES  MILES    REVENUE  RATE   REVENUE    RPM
 ---------------------------------------------------------------------------------------------------------------------------
 ET            1 0725 EZ PASS TOLL                                                                              35.15

 FS 9221565 01 1 0721 FUEL SURCG FLAT                                                                          394.06
 RV 9221565 01 1 0721 TRIP REVENUE                       1037  1,342.92   754   283   1037   1,342.92  .720    966.90 + SOLO
 TP 9221565 01 1 0721 TARP PAY                                                                                  50.00
      Springfld MO  E  Gurdon     AR  L  WashCrtHse OH                                                                  .932

 FS 9236776 01 1 0725 FUEL SURCG FLAT                                                                          415.88
 RV 9236776 01 1 0725 TRIP REVENUE                       1124  1,204.49   814   310   1124   1,204.49  .720    867.23 + SOLO
 TP 9236776 01 1 0725 TARP PAY                                                                                  50.00
      WashCrtHse OH  E  Russellvl KY  L  Houston    TX                                                                  .772

                                                                       -----  -----  -----
 (**=Unapproved)
 (L=Loaded,E=Empty,U=Unauthorized)             TOTAL REC. REVENUE & MILES       1568   593   2161                2,779.22 *
 LTD MILES =    53,372
                                               TOTAL REC. MILES   SOLO:         1568   593   2161              _____
                                                                  TEAM:            0     0      0
    ORDER  DSP   DATE                                                                 CURRENT   EXPENSE
    NUMBER  #  SQ MMDD DESCRIPTION                                                    BALANCE   REIMBURSED
 ---------------------------------------------------------------------------------------------------------------------------
 RP            1 0728 REPAIR PAYMENTS 704687/705892                                        .00    755.29
                                                                                   TOTAL REIMBURSED:              755.29 *
    ORDER  DSP   DATE                                                                 CURRENT   CHARGES    FUEL
    NUMBER  #  SQ MMDD DESCRIPTION                                                    BALANCE   DEDUCTED   DISCNT
 ---------------------------------------------------------------------------------------------------------------------------
 AP            1 0407 APU RENTAL PYMT   3000128401                                         .00     70.00
 AS            1 0616 ACCOUNTING SERV                                                      .00     21.75
 EZ            1 0725 EZ FAST LN TOLL 013 thru 07/24                                       .00    125.81
 FC            1 0723 FUEL CARD CHARGE                                                     .00      1.00
 FE            1 0531 FB/TANK EQ PYMT             001050 0680325                      2,736.16     88.27
 IE            1 0531 INTEREST EXPENS             001050 0680325                        129.12      4.16
 IM            1 0729 IMAGE TRIPS                                                          .00      5.00
 LF            1 0407 FED HWY TAX                                                          .00     10.58
 LP            1 0407 LICENSE/PERMITS                                                      .00     37.50
 NP            2 0602 TRUCK PAYMENT                                                        .00    869.00
 OW            1 0331 OWNER OCCUP ACC                                                      .00     52.15
 PB            1 0729 P/B ADJUSTMENT                                                       .00     30.00
 PO            1 0729 ** NORTH STAR GRILL, MO **                                           .00     11.62
 RP            2 0728 REPAIR PAYMENTS 704687/705892                                     680.29     75.00
 UR      00    1 0723 Inv# 009000-0704687                                                  .00    486.49
 UR      00    2 0728 Inv# 009000-0705892                                                  .00    268.80
 SF 9221565 01 1 0721 FUEL TAX CHARGES                                                     .00     20.74
 UF 9221565 01 1 0721 TRACTOR FUEL 119.8 GALS.           SPRIMO  9816704                   .00    399.41
 UF 9221565 01 2 0723 TRACTOR FUEL 050.1 GALS.  C00543075 FRA KY 9828429                   .00    190.58    16.42
```

```
 SETTLEMENTS DATE: 14/08/01                                    OS    CONTINUE                    STOWB      PAGE   2
 DATE: 7/30/14                              PRIME INC.
 TIME:21:08:55                              FLATBED DIV    002 FINAL                                         SET15XF
---------------------------------------------------------------------------------------------------------------------
 OWNER HALTLL HALLMARK TRUCKING LLC         CITY: PORT CHARLOTTE   STATE: FL  ZIP CODE: 33948                0
 UNIT  650168                                                                         #
    ORDER  DSP    DATE                                                   CURRENT    CHARGES    FUEL
    NUMBER #  SQ MMDD DESCRIPTION                                        BALANCE    DEDUCTED   DISCNT
---------------------------------------------------------------------------------------------------------------------
 WA 9221565 01  1 0723 ADVANCE                  C00577622          9829362      .00     101.00
 SF 9236776 01  1 0725 FUEL TAX CHARGES                                         .00      22.48
 UE 9236776 01  1 0727 TRACTOR DEF              C00037752  HM  TN  9856440      .00      41.52
 UF 9236776 01  1 0725 TRACTOR FUEL 071.5 GALS. C00727986  COLUOH 9849135       .00     283.42    31.49
 UF 9236776 01  2 0726 TRACTOR FUEL 100.3 GALS. C00527033  SONOKY 9852230       .00     377.15    26.17
 UF 9236776 01  3 0727 TRACTOR FUEL 001.6 GALS. C00037752  HM  TN  9856440      .00       6.07     .44
 UF 9236776 01  4 0727 TRACTOR FUEL 040.1 GALS. C00114972  TEXAAR 9859318       .00     154.51    14.01
 WA 9236776 01  1 0725 ADVANCE                  C00700374          9848439      .00      51.00
 WA 9236776 01  2 0726 ADVANCE                  C00590647          9854445      .00      31.00
 UD         01  1 0730 TRAC FUEL DSCNT                                          .00      88.53-
 MG         01  1 0730 MILEAGE CHARGE                                           .00      97.25
                                                               TOTAL DEDUCTIONS FROM TRUCK          3,844.73 *
    ORDER  DSP    DATE                                                   CURRENT    CHARGES
    NUMBER #  SQ MMDD DESCRIPTION                                        BALANCE    DEDUCTED
---------------------------------------------------------------------------------------------------------------------
   ***** NO ENTRY FOR THIS RUN  **********                          TOTAL WAGE EXPENSE:                .00 *
 OWNER BALANCE FORWARD             .00                              GROSS AMOUNT DUE UNIT:          310.22- **
 PERF BOND/EMER FUND PAID      1,410.00 /       .00
                                         CURRENT          PRIOR           CARRY-OVER
 MILES   2,161    EXCESS MILE             TIRE            TIRE            WARRANTY
 BALANCE          50.30                 1,024.22              .00               .00
 SETTLEMENT       29.45-                   43.22                          EXCESS MILE/TIRE AMOUNT:    13.77- *
 EXCESS MILEAGE COMPUTATION:   (2809 MILES FOR  19 WEEKS) - (2845 MILES FOR  18 WEEKS)
                                 56.05         -         85.50
 M I L E S    I N C E N T I V E
 MILES QTD       10,605
 D R I V E L I N E    R E P A I R S
 <=500       .00    >500       .00
 R E C O N C I L I A T I O N
                  ACTUAL   |    ACTUAL
                  CUR WEEK |  ACCUMULATED    GUARANTEE         OVER/UNDER   PREV. BAL
---------------------------------------------------------------------------------------------------------------------
 BOTH
 MILES @1.020      2,161  |      53,372       53,372
 REVENUE        1,834.13  |   67,089.86  -  54,439.44  =   12,650.42 OVER
 REVENUE/MILE       .848  |        1.257        1.020
---------------------------------------------------------------------------------------------------------------------
             TOTAL ACCU: REV   67,089.86 MILES   53,372     REV/MILE  1.257    NET AMOUNT DUE UNIT:    323.99- **
```

```
 SETTLEMENTS DATE: 14/08/01                                    OS                                STOWB      PAGE   3
 DATE: 7/30/14                                       PRIME INC.
 TIME:21:08:55                                       FLATBED DIV    002 FINAL                               SET15XF
----------------------------------------------------------------------------------------------------------------------
 OWNER HALTLL HALLMARK TRUCKING LLC            CITY: PORT CHARLOTTE   STATE: FL  ZIP CODE: 33948            0
 PRIOR WEEK BALANCE FORWARD/INTEREST
 -----------------------------------
 BALANCE FORWARD                                          .00
 PERFORMANCE BOND/EMERGENCY FUND PAID     2,404.22
 TIRE FUND
 LESS PRIOR BALANCE FORWARD                   .00
                                         ----------
 SUBTOTAL                                 2,404.22
 INTEREST INCOME A.P.R.                  X    .11%
                                         ----------
 INTEREST INCOME                                          .05
 OPERATING DEFFICIENCY                        .00
 INTEREST EXPENSE A.P.R.                 X    .11%
                                         ----------
 OPERATING DEFFICIENCY INTEREST INCOME                    .00
                                         ----------
 NET PRIOR WEEK BALANCE FORWARD/INTEREST                               .05
 FROM SETTLEMENTS THIS WEEK
 --------------------------
 DUE OWNER FROM TRIPS                                   2,779.22
 TOTAL CREDITS FROM SETTLEMENTS             755.29
 TOTAL CHARGES FROM SETTLEMENTS           3,844.73-
                                         ----------
 NET CREDIT/CHARGES FROM SETTLEMENTS                    3,089.44-
 NET XS MI/TIRE/MI INC/RECON                               13.77-
                                                        ----------
 SETTLEMENT GROSS DUE TO/FROM OWNER                                  323.94-
```

CONFIDENTIAL                                                                              NEWPRIME_OLIVEIRA 000706