# EXHIBIT 11

```
DATE: 11/26/14     PRIME INC.                      WM CMPNY LEWIME                           YOUNJP        PYRP33
TIME: 19:42:34                                    DRIVERS PAYROLL RECAP                                   PAGE  57
                                                  PAYROLL ENDING 14/11/28
--------------------------------------------------------------------------------------------------------------------

   EMPLOYEE: OLIDR  DOMINIC OLIVEIRA
       UNIT: 649003

       EARNINGS:
 DATE TO           ORDER   DISPATCH DISPATCH    EMPTY                              EMPTY  LOADED  TOTAL              ADD       TRIP
   PAY    UNIT #  NUMBER    NUMBER    DATE      DATE     TYPE OF PAY               MILES  MILES   MILES     RATE     PAY        PAY
--------------------------------------------------------------------------------------------------------------------
 11/28/14 649003  9522753     01    11/13/14              STOP/PICKUP                                      15.000   45.00        .00
 11/28/14 649003  9522753     01    11/13/14  11/14/14    MILEAGE PAY                       279     279     .000     .00      114.17
    Lewiston   ME L Somerswrth NH L Rochester  NH L Gilford    NH L Concord     NH L Lewiston   ME

 11/28/14 629172  9534245     02    11/18/14              STOP/PICKUP                                      15.000   30.00        .00
 11/28/14 629172  9534245     02    11/18/14  11/19/14    MILEAGE PAY                       414     414     .000     .00      169.41
    Lewiston   ME L Raynham      MA L Fall Rvr    MA L N Dartmout MA L Lewiston   ME

 11/28/14 629172  9542813     01    11/21/14              STOP/PICKUP                                      15.000   45.00        .00
 11/28/14 629172  9542813     01    11/21/14  11/22/14    MILEAGE PAY                       409     409     .000     .00      167.36
    Lewiston   ME L Avon         MA L Brockton    MA L Swansea     MA L Seekonk   MA L Lewiston   ME
                                                                                         ------------------------------------------
                                                                                         1102    1102              120.00     450.94
                                                                                                                   -----------------
(**=Unapproved)    (L=Loaded,E=Empty,U=Unauthorized)    GROSS PAY PER MILE:    .518          TOTAL GROSS PAY:                 570.94
--------------------------------------------------------------------------------------------------------------------

          TAXES:                                                  FEDERAL:       59.03
                                                                    FICA:        43.67
                                                                   STATE:        24.16
                                                                   LOCAL:          .00
                                                                                --------
                                                                   TOTAL:       126.86           TOTAL TAXES:                 126.86
--------------------------------------------------------------------------------------------------------------------

                                                                                --------
                                                                                   .00      TRAVEL ALLOWANCE:                    .00
--------------------------------------------------------------------------------------------------------------------

                                                                                --------
                                                                                   .00   TOTAL REIMBURSEMENTS:                   .00
--------------------------------------------------------------------------------------------------------------------

       DEDUCTIONS:                                                                                                 CUR BAL:
 ADV  01    629172 9534245  11/18/14    WAGE ADVANCE   1661729  Greenland      NH   14.00
 MISC 15                    11/19/14    FUEL CARD CHAR                               1.00   FUEL CARD CHARGE
 MISC 07                    11/28/14    OPER BAL TRANS                             500.00                          658.30
                                                                                   --------
                                                                                   515.00        TOTAL CHARGES:                 515.00
--------------------------------------------------------------------------------------------------------------------

                                                                                              NET EARNED:                      70.92-




            DOMINIC OLIVEIRA
```

CONFIDENTIAL                                                                                       NEWPRIME_OLIVEIRA 000217