IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINIC OLIVEIRA,<br><br>       Plaintiff,<br><br>v.<br><br>NEW PRIME, INC.,<br><br>       Defendant. | Case No. 1:15-cv-10603-PBS |

## **DEFENDANT NEW PRIME, INC.'S ASSENTED-TO MOTION TO STAY**

On Monday, February 26, 2018, the Supreme Court of the United States granted Defendant New Prime, Inc.'s ("New Prime") petition for a writ of certiorari. In light of this development, New Prime, respectfully moves to stay all district court proceedings in the above-captioned action until after the Supreme Court has issued a final decision in this case and the appeal is fully resolved. As this Court previously stated, "if the Supreme Court takes the case, [this Court] will then at that point stay discovery." Dkt. 119-1, at 4:6-8. Accordingly, good cause exists to grant a stay.

Counsel for New Prime conferred with Oliveira's counsel regarding this request for relief, and Oliveira has assented.

| | |
|---|---|
| Dated: February 26, 2018 | Respectfully submitted,<br><br>NEW PRIME, INC.,<br>By its attorneys,<br><br> /s/ Joshua S. Lipshutz<br>Jason C. Schwartz*<br>(VA #43635; DC #465837;<br>MD #201006080003)<br>jschwartz@gibsondunn.com<br>Joshua S. Lipshutz (BBO #675305)<br>jlipshutz@gibsondunn.com<br>Amanda C. Machin*<br>(DC #1008932; VA #82364)<br>amachin@gibsondunn.com<br>Stephanie E. Pearl (BBO #693941)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 955-8500<br><br>Theodore J. Boutrous, Jr.*<br>(CA #132099; DC #420440; NY #518550)<br>tboutrous@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 229-7000<br><br>*Admitted pro hac vice |