IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOMINIC OLIVEIRA,<br>on his own behalf and on behalf of<br>all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>NEW PRIME INC.,<br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:15-cv-10603-PBS |
| ROCKY L. HAWORTH,<br>on his own behalf and on behalf of<br>all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>NEW PRIME INC.,<br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:20-cv-11584-PBS |

**PLAINTIFFS' ASSENTED-TO FILING – PROPOSED ORDERS**

As discussed at the final approval hearing on January 13, 2021, and pursuant to the Court's order of January 19, 2021, Plaintiffs hereby file the following documents:

1)　　Exhibit 1 is an amended version of the proposed Final Settlement Approval Order and Separate and Final Judgement, with the changes ordered by the Court on January 19, 2021 (in paragraph 5).

2)　　Exhibit 2 is the proposed Order Allowing Supplemental Notice to Certain Individuals in Settlement Class and for Preliminary Approval of Settlement for Newly

1

Discovered Individuals, with the scheduled date for the final approval hearing included at paragraph 9.

Plaintiffs respectfully request that the Court sign the proposed Orders attached as Exhibits 1 and 2.

Respectfully submitted,

DOMINIC OLIVEIRA,
on behalf of himself
and all others similarly situated,

By their attorneys,

 /s/ Hillary Schwab
Hillary Schwab (BBO #666029)
Brant Casavant (BBO #672614)
Rachel Smit (BBO #688294)
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel. (617) 607-3261
Fax. (617) 488-2261
hillary@fairworklaw.com
brant@fairworklaw.com
rachel@fairworklaw.com

Andrew Schmidt, Esq.
    Admitted *pro hac vice*
Andrew Schmidt, PLLC
97 India St.
Portland, ME 040101
Tel. (207) 619-0320
Fax. (207) 221-1029
Andy@MaineWorkerJustice.com

Virginia Stevens Crimmins, MO #53139
Admitted *pro hac vice*
Matthew R. Crimmins, MO #53138
Admitted *pro hac vice*
CRIMMINS LAW FIRM LLC
214 S. Spring Street
Independence, Missouri 64050
(816) 974-7220 Telephone
(855) 974-7020 Facsimile
m.crimmins@crimminslawfirm.com
v.crimmins@crimminslawfirm.com

Garrett M. Hodes, MO #50221
Admitted *pro hac vice*
900 Westport Road, 2nd Floor
HODES LAW FIRM, LLC
Kansas City, Missouri 64111
(816) 931-1718 Telephone
(816) 994-6276 Facsimile
garrett@hodeslawfirm.com

Dated: January 22, 2021

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                                 */s/ Hillary Schwab*
                                                                                 Hillary Schwab